AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

New Jersey Building Laborers' Statewide Benefit Funds and the Trustees Thereof
*Plaintiff*
v.
PREMIUM EXCAVATING & DEMOLITION
*Defendant*

Civil Action No. 21-cv-5235

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 05/26/2021 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 5/28/26

*CLERK OF COURT*

RM

*Signature of Clerk or Deputy Clerk*

I hereby attest and certify on 5/28/26 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

DEPUTY CLERK

Jennifer Chang, Esq. (JC5716)
**KROLL HEINEMAN PTASIEWICZ & PARSONS**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF, | ) | Hon. |
| | ) | Civil Action No. 21- 5325 |
| Petitioners, | ) | **CIVIL ACTION** |
| v. | ) | **JUDGMENT** |
| PREMIUM EXCAVATING & DEMOLITION, | ) | |
| Respondent. | ) | |

**THIS MATTER** having come before the Court by Kroll Heineman Ptasiewicz & Parsons (Jennifer Chang, Esq., appearing) pursuant to a Petition to Confirm Arbitration Award; the Court having fully and thoroughly considered the matter as well as any pleadings, motions, and oral argument of counsel; and a decision having been duly rendered by this Court;

**IT IS** on this 26th day of May, 2021,

**ORDERED AND ADJUDGED** that Petitioners shall recover from Respondent Premium Excavating & Demolition, the sum of $4,087.61 plus court's filing fee in the amount of $402.00.

John Michael Vazquez,
Judge, United States District Court